

COMMONWEALTH of Pennsylvania,
Respondent

v.

Kevin Mark HAGENS, Petitioner

No. 396 MAL 2016

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Richard Allen HAINLEY, Petitioner

No. 480 MAL 2016

Supreme Court of Pennsylvania.

November 1, 2016

COMMONWEALTH of Pennsylvania,
Respondent

v.

Joseph Earl BAILEY, Sr., Petitioner

Commonwealth of Pennsylvania,
Respondent

v.

Joseph Earl Bailey, Sr., Petitioner

Commonwealth of Pennsylvania,
Respondent

v.

Joseph Earl Bailey, Sr., Petitioner

No. 260 MAL 2016
No. 261 MAL 2016
No. 262 MAL 2016

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW,** this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kobina A.A. ANDERSON, Petitioner**

**No. 358 EAL 2016**

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Margarita GARABITO, Petitioner**

**No. 322 EAL 2016**

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John E. MINNICK, Petitioner**

**No. 290 EAL 2016**

Supreme Court of Pennsylvania.

November 2, 2016